IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
      Plaintiffs, ) CASE No. 1:17-CR-00026-LJO
)
vs. )
) ORDER OF RELEASE
PATRICK THOMAS BOAM
)
)
           Defendant. )

    The above named defendant having appeared on March 28, 2017 before Judge McAuliffe at a Status Conference, the United States moved for Dismissal re Petition for Violation of Supervised Release filed March 17, 2017 (Doc. 4) – So Ordered.

    IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.

    IT IS FURTHER ORDERED THAT defendant shall report to the U.S. Probation office in Visalia, California by **2:00PM on Wednesday March 29, 2017** with his probation office Yasmin Villegas.

DATED: 3/28/17

BARBARA A. McAULIFFE
U.S. Magistrate Judge

1