PHILLIP A. TALBERT
Acting United States Attorney
MEGAN A. S. RICHARDS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>PATRICK THOMAS BOAM,<br><br>                    Defendant. | Citation No. 1:17-CR-00026-LJO<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Megan A. S. Richards, Assistant United States Attorney, hereby moves to dismiss the Violation Petition filed on March 17, 2017 (Doc. 4) in Case No. 1:17-CR-00026-LJO against PATRICK THOMAS BOAM, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  Additionally, the United States moves the Court to recall the resulting warrant for defendant PATRICK BOAM's arrest.  The basis for the motion is that the United States has evidentiary concerns related to the allegation in the Petition.

DATED:  March 30, 2017                              Respectfully submitted,

                                                    PHILLIP A. TALBERT
                                                    United States Attorney

                                        By:        /s/ Megan A. S. Richards
                                                    MEGAN A. S. RICHARDS
                                                    Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that the Violation Petition filed in Case Number 1:17-CR-00026-LJO against PATRICK THOMAS BOAM (Doc. 4) be dismissed without prejudice, in the interest of justice, and the resulting warrant be recalled.

IT IS SO ORDERED.

Dated:   **March 30, 2017**          /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE