1  HEATHER E. WILLIAMS, CA BAR #122664
   Federal Defender
2  MEGAN T. HOPKINS, CA BAR #294141
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: 559.487.5561/Fax: 559.487.5950

5  Attorneys for Defendant
   PATRICK THOMAS BOAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-0026 LJO |
| Plaintiff, | |
| vs. | MOTION FOR TEMPORARY RELEASE AND TRANSPORTATION TO DELANCEY STREET, SAN FRANCISCO; EXHIBIT A; ORDER |
| PATRICK THOMAS BOAM, | |
| Defendant. | |

Defendant Patrick Thomas Boam, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, hereby requests an order from this Court for temporary release on October 2, 2017 between the hours of 7:00 a.m. and 9:00 p.m., in order to travel to the Delancey Street Foundation program in San Francisco, CA for an intake interview.  At the dispositional hearing held on September 25, 2017 the proposal for temporary release and transport to the Delancey Street Foundation program was discussed on the record, and both counsel for the government and Mr. Boam's probation officer were in agreement with the proposal.

The delay in submitting the proposed order between the time of the hearing and the time of this filing was solely for the purpose of contacting the Delancey Street Foundation program for an invitation to interview.  Upon receipt of a letter of interest written by Mr. Boam and sent on his behalf by the Office of the Federal Defedner, the Delancey Street Foundation program has

invited Mr. Boam to interview at their facility, located at 600 Embarcadero in San Francisco. See Exhibit A: Letter from Kevin Klein. Kevin Mitchel, a social worker with the Office of the Federal Defender, is available to transport Mr. Boam to the facility on Monday, October 2, 2017. Mr. Mitchel has previously transported defendants to this facility and is familiar with the program's intake procedures.

      Mr. Boam therefore requests that this Court permit his temporary release on October 2, 2017 at 7:00 a.m. and transport to the facility in order to attend the interview and seek admission to the program. It is anticipated that upon completion of the interview, Mr. Boam will be immediately accepted into the two-year drug rehabilitation program and will remain at the program's facility until completion. If he is not accepted, Mr. Boam will return with Mr. Mitchel to the Fresno County Jail no later than 9:00 p.m. on October 2, 2017.

HEATHER E. WILLIAMS
Federal Defender

DATED: September 26, 2017        By: */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
PATRICK THOMAS BOAM

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Boam: Motion and [Proposed] Temporary Release Order

2

**ORDER**

IT IS HEREBY ORDERED that defendant Patrick Thomas Boam (Patrick Boam: Fresno County Sheriff's Booking No. 1730526; Person ID 0709229) shall be released to Kevin Mitchel, a social worker with the Office of the Federal Defender, from the Fresno County Jail on Monday, October 2, 2017 at 7:00 a.m. Mr. Mitchel will then transport Mr. Boam directly to the Delancey Street Foundation program located at 600 Embarcadero in San Francisco for an intake interview. If immediately accepted, Mr. Boam will stay at Delancey Street and abide by all rules of the program. If not immediately accepted, Mr. Mitchel will return Mr. Boam directly to the Fresno County Jail by no later than 9:00 p.m. on October 2, 2017. All previous imposed terms and conditions of supervised release shall remain in full force and effect.

Should the Defendant be accepted into the program and remains at Delancey Street, should the Defendant leave the program before completion of the entire program, he is ORDERED turn himself into the Fresno County Jail immediately (within 6 hours of departing the program). Failure to do so will be deemed a Contempt of Court, punishable with a consecutive sentence to that currently pending.

IT IS SO ORDERED.

Dated: **September 27, 2017**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE