HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
MEGAN T. HOPKINS, CA BAR #294141
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorneys for Defendant
PATRICK THOMAS BOAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-00026 LJO |
| *Plaintiff,* | ) ) | |
| vs. | ) ) | JOINT STATUS REPORT RE: DELANCEY STREET PROGRAM; EXHIBIT A; REQUEST TO CONTINUE SENTENCING HEARING; ORDER |
| PATRICK THOMAS BOAM, | ) ) | |
| *Defendant.* | ) ) ) | |

Defendant Patrick Thomas Boam, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and counsel for the Government, Assistant United States Attorney Jeffrey Spivak, hereby submit the following status report regarding Mr. Boam's progress at the Delancey Street Foundation program in San Francisco, CA.

Mr. Boam was interviewed and accepted into the Delancey Street Foundation program on October 2, 2017. Delancey Street is two-year residential drug rehabilitation program, and it is anticipated that Mr. Boam will remain at the program's facility until completion on October 3, 2019. Roger Monteiro, a representative from the Delancey Street Foundation, faxed this counsel a letter confirming Mr. Boam's current residence and full participation in the Delancey Street Foundation program on January 23, 2018[1].

/ / /

---

[1] A copy of the letter is attached to this status report as Exhibit A.

1   In light of Mr. Boam's progress in the program and ongoing participation, the parties request that the sentencing hearing in this matter be continued to October 7, 2019 at 8:30 a.m., or as soon thereafter as the Court is available to hear the matter. Following Mr. Boam's completion of the program on October 3, 2019, he will reside at a residence approved by his probation officer. Mr. Boam agrees that he will not absent himself from the Delancey Street Foundation facility unless and until his future residence has been approved, and will appear for sentencing on the date ordered by the Court.

HEATHER E. WILLIAMS
Federal Defender

DATED: January 25, 2018

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
PATRICK THOMAS BOAM

McGREGOR W, SCOTT
United States Attorney

DATED: January 25, 2018

*/s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for the United States

**O R D E R**

IT IS SO ORDERED.

Dated: **January 25, 2018**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES CHIEF DISTRICT JUDGE